UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DOMINGO LEWIS,

                               Plaintiff,                           25-CV-4086 (MKV)

                    -against-                           **ORDER RESCHEDULING**
                                                                    **PRE-SETTLEMENT**
402 8TH AVE RESTAURANT INC., et al.,                    **CONFERENCE**

                               Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby rescheduled for **Friday, October 17, 2025, at 3:00 p.m**. Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442; access code [953 556 484#].

      **SO ORDERED.**

DATED:    New York, New York
               October 14, 2025

                                                       _____
                                                         VALERIE FIGUEREDO
                                                          United States Magistrate Judge